# Court of Appeals
# of the State of Georgia

ATLANTA, ___May 12, 2015___

*The Court of Appeals hereby passes the following order:*

## A15D0368. DANIEL W. TAYLOR v. BRIAN OWENS, COMMISSIONER et al.

On March 2, 2015, the trial court entered an order instructing the clerk not to file prisoner Daniel W. Taylor's proposed civil action. On April 15, 2015, Taylor filed this application for discretionary appeal.[1] An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). Taylor, however, filed his application 44 days after entry of the trial court's order. The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Accordingly, this application is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,___05/12/2015___
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia. Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*

---

[1] Taylor attempted to file the application earlier, but this Court was unable to accept the filing based upon deficiencies in the certificate of service. See Court of Appeals Rule 6.